United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-11826-mdc
Stephanie Terra Fryer                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett        Page 1 of 1              Date Rcvd: Mar 08, 2019
                          Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db              +Stephanie Terra Fryer,    116 Lincoln Avenue,    Yeadon, PA 19050-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC BANK, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VICKI ANN PIONTEK    on behalf of Debtor Stephanie Terra Fryer vicki.lawyer@gmail.com,
               pabklaw@gmail.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, National Association
               wgouldsbury@udren.com, vbarber@udren.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stephanie Terra Fryer
        Debtor(s)                                               Chapter: 13

                                                                           Bankruptcy No: 17−11826−mdc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 7th day of March, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                            Magdeline D. Coleman
                                                                            Judge ,
                                                                            United States Bankruptcy Court

                                                                                                               113 − 109
                                                                                                               Form 155