United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 17-11826-mdc
Stephanie Terra Fryer                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett       Page 1 of 1         Date Rcvd: Mar 18, 2019
                           Form ID: 167          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db             +Stephanie Terra Fryer,    116 Lincoln Avenue,    Yeadon, PA 19050-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                            Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
          JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC BANK, National Association jkishbaugh@udren.com,
            vbarber@udren.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VICKI ANN PIONTEK    on behalf of Debtor Stephanie Terra Fryer vicki.lawyer@gmail.com,
            pabklaw@gmail.com
          WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, National Association
            wgouldsbury@udren.com,  vbarber@udren.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
            ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Stephanie Terra Fryer

      Debtor(s)

Case No: 17–11826–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

on: 4/16/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  3/18/19

Timothy B. McGrath
Clerk of Court

118 – 115, 117
Form 167