UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer                    :            CHAPTER 13
                                         :
                                         :            Case No. 17-11826

### CERTIFICATION OF NO RESPONSE

I, Vicki Piontek, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

/s/ Vicki Piontek                              5-2-2019

_____                    _____
Vicki Piontek                                  Date
Attorney at Law
655 Grand Street
Danville, PA. 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com