UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer                                    :            CHAPTER 13
                                                         :
                                                         :            Case No. 17-11826


**ORDER**


AND NOW, this 10th day of            May        2019, in consideration of the

foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee is approved and the balance due

counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13

Trustee.


**BY THE COURT**

_Magdeline D. Coleman_
_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE


cc:    Vicki Piontek, Esq.
       655 Grand Street
       Danville, PA  17821

       William C. Miller, Esq.
       Chapter 13 Trustee
       PO Box 40119
       Philadelphia, PA 19107

       Stephanie Fryer
       116 Lincoln Ave
       Yeadon, PA 19050