United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11826-mdc
Stephanie Terra Fryer                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: May 10, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.
db              +Stephanie Terra Fryer,    116 Lincoln Avenue,    Yeadon, PA 19050-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC BANK, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              Vicki Ann Piontek    on behalf of Debtor Stephanie Terra Fryer vicki.lawyer@gmail.com,
               pabklaw@gmail.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, National Association
               wgouldsbury@udren.com, vbarber@udren.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer : CHAPTER 13
:
: Case No. 17-11826

**ORDER**

AND NOW, this 10th day of May 2019, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc: Vicki Piontek, Esq.
655 Grand Street
Danville, PA 17821

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19107

Stephanie Fryer
116 Lincoln Ave
Yeadon, PA 19050