IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Stephanie Fryer | : | CHAPTER 13 |
| | : | |
| | : | Case No. 17-11826 |
| PNC, | : | |
| Movant | : | |
| v. | : | |
| Stephanie Fryer, | : | |
| Debtor / Respondent | : | |

**ORDER**

AND NOW, this \_\_\_13th\_\_\_ day of \_\_\_May\_\_\_, 20\_19\_, upon consideration of DEBTOR'A MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT HEARING ON MOTION FOR RELIEF ON May 14, 2019, the same shall be GRANTED. Debtor's Counsel shall be granted leave to appear at said hearing by telephone.

_Magdeline D. C_____
The Court