# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Terra Fryer<br>                Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>                Movant<br>    vs.<br><br>Stephanie Terra Fryer<br>                Debtor<br><br>William C. Miller, Esquire<br>                Trustee | CHAPTER 13<br><br><br><br>NO. 17-11826 MDC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about March 15, 2019 (Document No. 115).

                                                      Respectfully submitted,

                                                      **/s/ Kevin G. McDonald, Esquire**
                                                      Kevin G. McDonald, Esquire
                                                      Attorney for Movant
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      215-627-1322

July 12, 2019