# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-11826-MDC

STEPHANIE TERRA FRYER

116 LINCOLN AVENUE

YEADON, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  STEPHANIE TERRA FRYER

  116 LINCOLN AVENUE

  YEADON, PA 19050

Counsel for debtor(s), by electronic notice only.

  VICKI ANN PIONTEK
  655 GRAND STREET

  DANVILLE, PA 17821-

Date: 7/26/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee