United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephanie Terra Fryer  
     Debtor

Case No. 17-11826-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Sep 03, 2019  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.  
db          +Stephanie Terra Fryer,   116 Lincoln Avenue,   Yeadon, PA 19050-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:

        JOHN ERIC KISHBAUGH   on behalf of Creditor   PNC BANK, National Association jkishbaugh@udren.com, vbarber@udren.com  
        KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK, National Association bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        VICKI ANN PIONTEK   on behalf of Debtor Stephanie Terra Fryer vicki.lawyer@gmail.com, pabklaw@gmail.com  
        WALTER WILLIAM GOULDSBURY, III   on behalf of Creditor   PNC BANK, National Association wgouldsbury@udren.com, vbarber@udren.com  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                                                            TOTAL: 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Stephanie Fryer | : | CHAPTER 13 |
| | : | |
| | : | Case No. 17-11826 |
| PNC, | : | |
|     Movant | : | |
| v. | : | |
| Stephanie Fryer, | : | |
|     Debtor / Respondent | : | |

**ORDER**

AND NOW, this ___3rd___ day of ___September___, 20_19_, upon consideration of DEBTOR'S COUNSEL'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS ON September 5, 2019, the same shall be GRANTED.

Debtor's Counsel shall be granted leave to appear at said hearing by telephone.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE