IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer : CHAPTER 13
:
: Case No. 17-11826

**ORDER**

AND NOW, this __2nd__ day of __October__, 20__19__, upon consideration of DEBTOR'S COUNSEL'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS ON October 10, 2019, the same shall be GRANTED.

Debtor's Counsel shall be granted leave to appear at said hearing by telephone.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge