IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE Stephanie Fryer | : | CHAPTER 13 |
| | : | |
| | : | Case No. 17-11826 |

## ORDER

AND NOW, this ____4th____ day of ____February____, 20__20__, upon consideration of DEBTOR'S COUNSEL'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS ON FEBRUARY 6, 2020, the same shall be GRANTED. Debtor's Counsel shall be granted leave to appear at said hearing by telephone.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge