### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Terra Fryer<br>　　　　　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　v.<br>Stephanie Terra Fryer<br>　　　　　　and<br>William C. Miller Esq<br>　　　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 17-11826 MDC |

### ORDER

AND NOW, this  8th  day of  April , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 8, 2018  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 116 Lincoln Avenue Yeadon, PA 19050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Stephanie Terra Fryer
116 Lincoln Avenue
Yeadon, PA 19050

William C. Miller Esq
P.O. Box 1229
Philadelphia, PA 19105

**VICKI ANN PIONTEK**
58 East Front Street
Danville, PA 17821

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532