**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Chapter 13

                                        Bankruptcy No. 17-11826-MDC

STEPHANIE TERRA FRYER

116 LINCOLN AVENUE

YEADON, PA 19050

       Debtor

## **CERTIFICATE OF SERVICE**

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEPHANIE TERRA FRYER

    116 LINCOLN AVENUE

    YEADON, PA 19050

Counsel for debtor(s), by electronic notice only.

    VICKI ANN PIONTEK
    655 GRAND STREET

    DANVILLE, PA 17821-

Date: 7/17/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee