UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer : CHAPTER 13
:
: Case No. 17-11826

## RESPONSE TO MOTION TO DIMISS

1.   The Trustee in this case has filed a motion to dismiss this case for non-payment of the Debtor's Chapter 13 plan payments.

2.   The Debtor admits that she has not made her scheduled Chapter 13 plan payments.

3.   Rather than having her case dismissed, the Debtor requests that this case be converted to a Chapter 7 Bankruptcy.

Wherefore, Debtor requests that her case not be dismissed, but instead that the case be converted to a Chapter 7 Bankruptcy case.

/s/ Vicki Piontek                                   8/11/2020

Vicki Piontek, Esquire                              Date
Attorney for Debtor
58 East Front Street
Danville, PA  17821
215-290-6444
Fax: 866-408-6735
palaw@justice.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer : CHAPTER 13
:
: Case No. 17-11826

**CERTIFICATE OF SERVICE**

A copy of the attached motion was sent by First Class, U.S. Mail, postage pre-paid to the following parties at the following addresses.

Chapter 13 Trustee
WILLIAM C. MILLER, Esquire
P.O. Box 1229
Philadelphia, PA 19105


/s/ Vicki Piontek                                8/11/2020
_____        _____
Vicki Piontek, Esquire                           Date
Attorney for Debtor
58 East Front Street
Danville, PA  17821
215-290-6444
Fax: 866-408-6735
palaw@justice.com