UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer                          :                    CHAPTER 13
                                               :
                                               :                    Case No. 17-11826

**PRAECIPE TO CONVERT TO CHAPTER 13**

1.    The Debtor requests that this case be converted to a Chapter 7 Bankruptcy.

2.    Kindly convert the above captioned case to a Chapter 7 Bankruptcy.

3.    Thank you.


/s/ Vicki Piontek                                        8/11/2020

_____              _____
Vicki Piontek, Esquire                                   Date
Attorney for Debtor
58 East Front Street
Danville, PA  17821
215-290-6444
Fax: 866-408-6735
palaw@justice.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE Stephanie Fryer                          :           CHAPTER 13
                                               :
                                               :           Case No. 17-11826

**CERTIFICATE OF SERVICE**

A copy of the attached praecipe was sent by First Class, U.S. Mail, postage pre-paid to the
following parties at the following addresses.

Chapter 13 Trustee
WILLIAM C. MILLER, Esquire
P.O. Box 1229
Philadelphia, PA 19105


                        /s/ Vicki Piontek                          8/11/2020

                        _____          _____
                        Vicki Piontek, Esquire                      Date
                        Attorney for Debtor
                        58 East Front Street
                        Danville, PA  17821
                        215-290-6444
                        Fax: 866-408-6735
                        palaw@justice.com