United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-11826-mdc
Stephanie Terra Fryer                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Aug 13, 2020
                              Form ID: 210U            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
```
db            +Stephanie Terra Fryer,    116 Lincoln Avenue,    Yeadon, PA 19050-2933
aty           +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
cr            +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13904826      +AES,   P.O. Box 61047,    Harrisburg, PA 17106-1047
14527349      +Aqua Pennsylvania, Inc.,    762 West Lancaster Avenue,    Bryn Mawr, PA. 19010-3489
13904828     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
14527362       Cardinal Ohara,    1701 Sproul Road,    Levittown, PA. 19054
14059753       ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13921293      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13961555      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13904832      +PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
14527606      +PennCredit,   P.O. Box 1259,    Oaks, PA. 19456-1259
13904834      +Santander Consumer USA,    8585 N Stemmons FWY,    Dallas, TX 75247-3836
13901756      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14527605      +Tinicum Township Fire Company,    100 West Commons Blvd,    Suite 210,
                New Castle, DE. 19720-2419
14527361      +University of Penn Dental Med,    240 S. 40th Street,    Philadelphia, PA 19104-6030
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:53      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:29
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:46      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:18:19      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14527354      +E-mail/Text: g20956@att.com Aug 14 2020 05:15:00      AT&T Mobility,    P.O. Box 80517,
                Hoffman Estates, IL. 60196-0001
13904829      +E-mail/Text: bankruptcy@credencerm.com Aug 14 2020 05:15:03      Credence Resource Management,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
13904830      +E-mail/PDF: pa_dc_ed@navient.com Aug 14 2020 05:17:20      Department of Eduction / Navient,
                P.O. Box 9635,    Wilkes Barre, PA 18773-9635
13904831      +E-mail/PDF: pa_dc_ed@navient.com Aug 14 2020 05:17:27      Departmnt of Educstion / Navient,
                P.O. Box 9635,    Wilkes Barre, PA 18773-9635
13960970       E-mail/PDF: pa_dc_claims@navient.com Aug 14 2020 05:17:18
                Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
14527356      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 14 2020 05:14:09      PECO,
                2301 Market Street,    Philadelphia, PA. 19103-1380
13884536      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 05:17:18
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13904833      +E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 14 2020 05:15:00      Sallie Mae,    P.O. Box 3229,
                Wilmington, DE 19804-0229
13932035       E-mail/Text: ebn_bkrt_forms@salliemae.com Aug 14 2020 05:15:00      Sallie Mae,    P.O. Box 3319,
                Wilmington, DE 19804-4319
14527355      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2020 05:14:01
                Verizon,    P.O. Box 15124,    Albany, NY. 12212-5124
14527352      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2020 05:14:01
                Verizon Telecom,    500 Technology Drive,    Suite 300,    Weldon Spring, MO. 63304-2225
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13904827      AT&T
cr*           ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Aug 13, 2020
                              Form ID: 210U              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, National Association
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VICKI ANN PIONTEK    on behalf of Debtor Stephanie Terra Fryer vicki.lawyer@gmail.com,
               pabklaw@gmail.com
              WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor    PNC BANK, National Association
               wgouldsbury@rasnj.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Stephanie Terra Fryer                                                                 Case No: 17−11826−mdc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

                                                                                                           For The Court

Dated: 8/13/20
                                                                                                           Timothy B. McGrath
                                                                                                           Clerk of Court