*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie Terra Fryer
    Debtor(s)

Case No: 17–11826–mdc

Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for this case should not be dismissed for failure to pay the filing fee of $25.00 for conversion of case from chapter 13 to chapter 7 which was filed on August 11, 2020.

will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 9/9/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 26, 2020

177
Form 175