**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Stephanie Terra Fryer  :  Chapter: 7
:
Debtor(s)  :  Bankruptcy No.: 17-11826-MDC
:
:

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor(s) have failed to appear at two scheduled §341 Meetings of Creditors on 9/16/20 and 10/14/20.

ANDREW R. VARA
United States Trustee for Regions 3 and 9

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal