Certificate Number: 01401-PAE-DE-035116839

Bankruptcy Case Number: 17-11826



01401-PAE-DE-035116839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2020</u>, at <u>3:18</u> o'clock <u>AM EST</u>, <u>Stephanie T Fryer</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 24, 2020</u>          By:    <u>/s/Jeremy  Lark</u>

                                        Name:  <u>Jeremy  Lark</u>

                                        Title: <u>FCC Manager</u>