United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-11826-mdc

Stephanie Terra Fryer     Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 3
Date Rcvd: Dec 09, 2020     Form ID: 318     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Terra Fryer, 116 Lincoln Avenue, Yeadon, PA 19050-2933 |
| 13904826 | + | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14527349 | + | Aqua Pennsylvania, Inc., 762 West Lancaster Avenue, Bryn Mawr, PA. 19010-3489 |
| 14527362 | | Cardinal Ohara, 1701 Sproul Road, Levittown, PA. 19054 |
| 13921293 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14527606 | + | PennCredit, P.O. Box 1259, Oaks, PA. 19456-1259 |
| 14527605 | + | Tinicum Township Fire Company, 100 West Commons Blvd, Suite 210, New Castle, DE. 19720-2419 |
| 14527361 | + | University of Penn Dental Med, 240 S. 40th Street, Philadelphia, PA 19104-6030 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Dec 10 2020 06:28:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2020 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 10 2020 06:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2020 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2020 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14527354 | + | EDI: CINGMIDLAND.COM | Dec 10 2020 06:28:00 | AT&T Mobility, P.O. Box 80517, Hoffman Estates, IL. 60196-0001 |
| 13904828 | | EDI: BANKAMER.COM | Dec 10 2020 06:28:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 13904829 | + | Email/Text: bankruptcy@credencerm.com | Dec 10 2020 03:38:00 | Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 13904830 | + | EDI: NAVIENTFKASMDOE.COM | Dec 10 2020 06:28:00 | Department of Eduction / Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 13904831 | + | EDI: NAVIENTFKASMDOE.COM | Dec 10 2020 06:28:00 | Departmnt of Educstion / Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 14059753 | | EDI: ECMC.COM | Dec 10 2020 06:28:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13960970 | | EDI: NAVIENTFKASMSERV.COM | Dec 10 2020 06:28:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14527356 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2020 03:37:00 | PECO, 2301 Market Street, Philadelphia, PA. 19103-1380 |
| 13961555 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2020 03:37:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13904832 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2020 03:37:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 13884536 | + | EDI: PRA.COM | Dec 10 2020 06:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13932035 | | EDI: SALLIEMAEBANK.COM | Dec 10 2020 06:28:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 13904833 | + | EDI: SALLIEMAEBANK.COM | Dec 10 2020 06:28:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 13904834 | + | EDI: DRIV.COM | Dec 10 2020 06:28:00 | Santander Consumer USA, 8585 N Stemmons FWY, Dallas, TX 75247-3836 |
| 13901756 | + | EDI: DRIV.COM | Dec 10 2020 06:28:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14527355 | + | EDI: VERIZONCOMB.COM | Dec 10 2020 06:28:00 | Verizon, P.O. Box 15124, Albany, NY. 12212-5124 |
| 14527352 | + | EDI: VERIZONCOMB.COM | Dec 10 2020 06:28:00 | Verizon Telecom, 500 Technology Drive, Suite 300, Weldon Spring, MO. 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13904827 | | AT&T |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK National Association bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK National Association bkgroup@kmllawgroup.com |
| TERRY P. DERSHAW | |

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2020 | Form ID: 318 | Total Noticed: 29 |

        td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

VICKI ANN PIONTEK
        on behalf of Debtor Stephanie Terra Fryer vicki.lawyer@gmail.com  pabklaw@gmail.com

WALTER WILLIAM GOULDSBURY, III
        on behalf of Creditor PNC BANK  National Association wgouldsbury@rasnj.com

WILLIAM EDWARD CRAIG
        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stephanie Terra Fryer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0427<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 17–11826–mdc | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephanie Terra Fryer

12/9/20                                                                                    **By the court:**   Magdeline D. Coleman
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                       **Order of Discharge**                                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**